UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEY JAMES HARRIS, et al.,<br>　　　　Plaintiffs.<br>　v.<br>CITY OF CLEARLAKE, et al.,<br>　　　　Defendants. | Case No. 17-cv-05126-YGR<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order dated February 1, 2018, (Dkt. No. 47),

**IT IS ORDERED AND ADJUDGED**

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: February 2, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge